NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re Carlos Lamar Smith.                    )
                                             )
_____      )
                                             )
CARLOS LAMAR SMITH,                          )
                                             )   Case No.  2D17-2769
          Appellant,                         )
                                             )
                                             )
_____      )

Opinion filed May 30, 2018.

Appeal from the Circuit Court for Hardee
County; Jeff J. McKibben, Acting Circuit
Judge.

Carlos Lamar Smith, pro se.


PER CURIAM.


          Affirmed.


CRENSHAW and ROTHSTEIN-YOUAKIM, JJ., and GENTILE, GEOFFREY H.,
ASSOCIATE JUDGE, Concur.